**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANITA HUTCHINGS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-443-RWS-JBB |
| | § | |
| SHUO CHEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On April 27, 2026, Plaintiff Anita Hutchings, proceeding *pro se*, filed a complaint and emergency motion for temporary restraining order and preliminary injunction. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On April 28, 2026, the magistrate judge issued a report and recommendation, recommending that Plaintiff's motion for an *ex parte* temporary restraining order be denied and that Plaintiff's motion for preliminary injunction be denied without prejudice to refiling, if warranted, after Defendants have been served and made appearances in this case. Docket No. 8. Plaintiff received a copy of the report and recommendation via electronic notice (Docket No. 4), but to date, no objections have been filed. Docket No. 10.

On May 29, 2026, the magistrate judge issued a second report and recommendation, recommending that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. *Id*. Plaintiff received the report and recommendation (Docket No. 10) via electronic notification on May 29, 2026.

As of this date of this Order, no objections have been filed with respect to either the April 28, 2026 report and recommendation (Docket No. 8), or the May 29, 2026 report and recommendation (Docket No. 10). Because no objections have been filed, Plaintiff is barred from *de novo* review by the District Court of the magistrate judge's findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court reviewed the pleadings in this case and each report and recommendation of the magistrate judge, and determines that each report and recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 8) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 10) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. It is further

**ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 1) is **DENIED-AS-MOOT**. It is further

**ORDERED** that any other motions which may be pending in this civil action are hereby **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 21st day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE